UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE WARD,<br><br>    Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND COMPANY,<br>CITIBANK SOUTH DAKOTA, et al.,<br><br>    Defendants. | CIVIL ACTION NO. **2:09-cv-00180-PWG** |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Jacqueline Ward and Defendant Citibank (South Dakota), N.A., improperly designated as Citibank South Dakota and Sears, Roebuck and Company (hereinafter "Citibank") and stipulate to the dismissal of all claims of Plaintiff Jacqueline Ward against Citibank in this matter, with prejudice, costs taxed as paid.

Respectfully Submitted,

*/s/ Jacqueline Ward*
Jacqueline Ward

{B1076185}

*[signature]*

W. Drake Blackmon
ASB-1566-W86B
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
(205) 868-6088
(205) 868-6099 (facsimile)
dblackmon@starneslaw.com

Attorney for Defendant, Citibank (North Dakota), N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on *Nov. 2*, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel:

K. Anderson Nelms
ANDERSON NELMS & ASSOCIATES, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066

Kary B. Wolfe
WALSTON WELLS & BIRCHALL LLP
1819 Fifth Avenue North, Suite 1100
PO Box 830642
Birmingham, AL 35283-0642
205-244-5200
Fax: 205-244-5481
Email: kwolfe@walstonwells.com

*[signature]*

W. Drake Blackmon
ASB-1566-W86B
dblackmon@starneslaw.com

{B1076185}                                      2